NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ELMER E. CAMPBELL, JR.,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3096

---

Petition for review of the Merit Systems Protection Board in case no. SF0752100331-I-1.

---

## ON MOTION

---

## ORDER

Elmer E. Campbell, Jr. moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 8 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Elmer E. Campbell, Jr.
Jessica R. Toplin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 8 2011

JAN HORBALY
CLERK